IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re JOHN JESUS HERNANDEZ,      No. C 08-2185- WHA (PR)

         Petitioner.      **ORDER CLOSING CASE**

This case was opened in error when petitioner sent the court an informational copy of a petition for a writ of mandamus he intended to file in the United States Court of Appeals for the Ninth Circuit.[1] Because the case was opened in error, the clerk shall close the file. No fee is due.

**IT IS SO ORDERED.**

Dated: May  5 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\HERNANDEZ2185.CLOSE.wpd

---

[1] The case to which the petition for mandamus is directed is *Hernandez v. Woodford*, C 06-3975 WHA (PR). The petition in that case was denied on April 22, 2008. The petition for mandamus was mailed on April 17, 2008, and received here on April 28, 2008, so probably the petition and the ruling crossed in the mail.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN J HERNANDEZ,

        Plaintiff,

  v.

UNITED STATES COURT FOR THE
NORTHERN DISTRICT et al,

        Defendant.
                                        /

Case Number: CV08-02185 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John J. Hernandez
T-42740
Corcoran State Prison
PO Box 3471
Corcoran, CA 93212-3471

Dated: May 5, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk